IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DIVISION OF KNOXVILLE
AT KNOXVILLE

| | |
|---|---|
| SHELIA STINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:16-CV-246-CCS |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter having come on before the Court on Plaintiff's Motion for Substitution of Plaintiff, and the Court finding that Plaintiff, Shelia Stinson, passed away on April 10, 2017, and that Durward B. Stinson was, at all times material, the lawfully wedded husband of the decedent, Shelia Stinson, IT IS HEREBY ORDERED that Durward B. Stinson be substituted as Plaintiff in this matter.

_____
UNITED STATES MAGISTRATE JUDGE

Proposed by:

/s/ Timothy L. Baldridge
TIMOTHY L. BALDRIDGE (BP# 015777
Attorney for Plaintiff
Bill Hotz & Associates, P.C.
6004 Walden Drive
Knoxville, TN 37919
Phone: (865) 637-8282
Email: tim@hotzlaw.com